Sabina Ayala AYALA; Martin A. Maldonado; Humberto Maldonado, Petitioners,

v.

Michael B. MUKASEY,* Attorney General, Respondent.

No. 04–73947.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007 **.

Filed Nov. 27, 2007.

Robert B. Jobe, Esq., Law Offices of Robert B. Jobe, San Francisco, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Hillel Smith Fax, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM ***

Sabina Ayala Ayala and her two sons, Martin and Humberto Maldonado, natives and citizens of Mexico, petition for review

---

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

932

of the Board of Immigration Appeals' ("BIA") order deny their motion to remand based on ineffective assistance of counsel and dismissing their appeal from the Immigration Judge's order denying cancellation of removal. We have jurisdiction pursuant 8 U.S.C. § 1252. We grant the petition for review and remand.

The government requests remand in order for the BIA to reconsider its decision in light of the affidavit of Ayala's former counsel, Frank Kim. Accordingly, we grant the petition for review and remand to the BIA.

**PETITION FOR REVIEW GRANTED; REMANDED.**